JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automobilia, LLC, | Case No. **CV 09-6700-JFW (FFMx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Rizzoli International Publications, Inc., | |
| Defendant. | |

The Court, having granted the Defendant Rizzoli International Publications, Inc.'s motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant Rizzoli International Publications, Inc. was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff Automobilia, LLC shall recover nothing from Defendant Rizzoli International Publications, Inc.;

2.  Defendant Rizzoli International Publications, Inc. shall have judgment in its favor on Plaintiff Automobilia, LLC's entire action; and

3.  Defendant Rizzoli International Publications, Inc. shall recover from Automobilia, LLC its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: September 28, 2010       _____
                                        JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE